Nathaniel Burt and Thomas M. Locke, Receivers, *v.* The Real Estate Exchange of Philadelphia, George H. Becker, George W. Carson, Henry Clay, William C. Stoever, Martin H. Stutzbach et al. Martin Stutzbach's Appeal.

Argued Jan. 6, 1896. Appeal, No. 394, Jan. T., 1894, by Martin H. Stutzbach, from decree of C. P. No. 3, Phila. Co., Dec. T., 1890, No. 353, on bill in equity. Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

OPINION BY MR. JUSTICE McCOLLUM, May 28, 1896:

It is impossible to distinguish this case from Stoever's appeal from the same decree, just decided, supra, p. 619. For the reasons stated in the opinion filed in Stoever's appeal the decree is affirmed and the appeal is dismissed at the cost of the appellant.